MARK E. MERIN (State Bar No. 043849)
PAUL H. MASUHARA (State Bar No. 289805)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:  (916) 443-6911
Facsimile:    (916) 447-8336

Attorneys for Plaintiffs SUKHWINDER KAUR, PARMINDER SINGH SHERGILL, KULBINDER KAUR SOHOTA and SARABJIT SINGH SHERGILL

BRUCE A. KILDAY (State Bar No. 066415)
AMIE McTAVISH, ESQ. (State Bar No. 242372)
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Joint-Defendants CITY OF LODI; CITY OF LODI POLICE DEPARTMENT and CHIEF MARK HELMS

MARK E. BERRY (State Bar No. 155091)
DERICK E. KONZ (State Bar No. 286902)
**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone:  (209) 477-3833
Facsimile:    (209) 473-4818

Attorneys for Joint-Defendants SCOTT BRATTON and ADAM LOCKIE.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHWINDER KAUR, et al.,<br>        Plaintiffs,<br><br>vs.<br><br>CITY OF LODI, et al.,<br>        Defendants. | Case No. 2:14-cv-00828-GEB-AC<br><br>**STIPULATED PROTECTIVE ORDER REGARDING PRODUCTION OF CONFIDENTIAL RECORDS** |

_____
Page 1
**STIPULATION AND PROTECTIVE ORDER**

Following meet and confer discussions, and pursuant to the Plaintiffs' May 12, 2015 correspondence, IT IS HEREBY AGREED AND STIPULATED between all parties that the following documents contained within Defendant SCOTT BRATTON's Manteca Police Department personnel file shall be governed by protective order:

- Bates #66 ("Background Investigation: Psychological Assessment; Memo from Detective Rall to Chief Weatherford");

- Bates #67 ("Law Enforcement Psychological Services, Inc. - Psychological Assessment Report"); and

- Bates #68 ("Manteca PD Memo from personnel to Chief Weatherford; re results of psych exam; schedule for physical exam").

It is understood that these documents contain private and personal information regarding SCOTT BRATTON's pre-employment psychological testing by a licensed professional.

The produced documents shall be used by the parties solely for the purpose of prosecuting and defending the above captioned case.  The documents shall not be duplicated, reproduced, transmitted, or communicated to any person or entity for any reason whatsoever excepting Plaintiff's counsel; Plaintiffs; declared experts pursuant to the Plaintiffs' Rule 26 disclosure; deposition witnesses at the time of deposition;  trial witnesses at the time of trial;  mediator or third party neutral; or the court.

The copying of the documents is to be conducted in-house and shall not be done by outside third party vendors.

Even after the termination of this litigation, the confidentiality obligations imposed by this Order shall remain in effect until SCOTT BRATTON agrees otherwise in writing or a court order otherwise directs.

If any party learns that, by inadvertence or otherwise, it has disclosed documents protected pursuant to this protective order to any person or in any circumstance not authorized under this Stipulated Protective Order, that party must immediately (a) notify in writing SCOTT BRATTON of the unauthorized disclosures, (b) use its best efforts to retrieve all copies of the protected material, (c) inform the person or persons to whom unauthorized disclosures were

_____
Page 2
**STIPULATION AND PROTECTIVE ORDER**

made of all the terms of this Order, and (d) request such person or persons to execute the "Acknowledgement and Agreement to Be Bound" that is attached hereto as Exhibit A.

This Order shall constitute a protective order pursuant to <u>Federal Rules of Civil Procedure 26(c)</u> and shall be enforceable as set forth therein.    Plaintiffs' counsel shall advise the Plaintiffs, experts and others of this Protective Order and its effect.

STIPULATED AND AGREED:

DATED: May 26, 2015                          **LAW OFFICE OF MARK E. MERIN**

                                                  /s/ MARK E. MERIN
                                                  (as authorized on May 26, 2015)
                                         By:_____
                                                  Mark E. Merin
                                                  Paul H. Masuhara
                                                  Attorneys for Plaintiffs

DATED: May 28, 2015                          **MAYALL HURLEY, P.C.**

                                                  /s/ MARK E. BERRY
                                         By:_____
                                                  Mark E. Berry
                                                  Derick E. Konz
                                                  Attorneys for Defendants,
                                                  SCOTT BRATTON and
                                                  ADAM LOCKIE

DATED: May 28, 2015                          **ANGELO, KILDAY & KILDUFF**

                                                  /s/ AMIE MCTAVISH
                                                  (as authorized on May 28, 2015)
                                         By:_____
                                                  Amie Mctavish
                                                  Attorneys for Defendants, CITY OF LODI; CITY OF LODI POLICE DEPARTMENT and CHIEF MARK HELMS

_____
Page 3
**STIPULATION AND PROTECTIVE ORDER**

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4  DATED: June 4, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

_____
Page 4
**STIPULATION AND PROTECTIVE ORDER**

# EXHIBIT A

## ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND

I, _____[print or type full name] of _____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understood the Stipulated Protective Order that was issued by the United States District Court for the Eastern District of California on _____[date] in the case of <u>KAUR, et al. v. CITY OF LODI, et al.</u>.  I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt.  I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Eastern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint _____[print or type full name] of _____ [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of the Stipulated Protective Order.

Date: _____     City and State where sworn and signed: _____

Printed name: _____

Signature: _____

_____
Page 5
**STIPULATION AND PROTECTIVE ORDER**