Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:     (916) 443-6911
Facsimile:     (916) 447-8336
E-Mail:        mark@markmerin.com
               paul@markmerin.com

Attorneys for Plaintiffs
SUKHWINDER KAUR, KULBINDER KAUR
SOHOTA, and SARABJIT SINGH SHERGILL


**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
DERICK KONZ, ESQ
CA State Bar No. 286902

Attorneys for Defendants
MILES SCOTT BRATTON and ADAM LOCKIE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SUKHWINDER KAUR, et al. | Case No. 2:14-cv-00828-GEB-AC |
| Plaintiffs, | **STIPULATION TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANT MILES SCOTT BRATTON AND ADAM LOCKIE & FOR FILING OF AN ANSWER BY DEFENDANT MILES SCOTT BRATTON AND ADAM LOCKIE TO THE THIRD AMENDED COMPLAINT; [PROPOSED] ORDER** |
| vs. | |
| CITY OF LODI, et al. | |
| Defendants. | |

### INTRODUCTION

Plaintiff Sukhwinder Kaur, Kulbinder Kaur Sohota, and Sarabjit Singh Shergill (collectively,

"Plaintiffs") and Defendant Miles Scott Bratton and Adam Lockie (collectively, "Officer Defendants")

request that the Court set aside the entry of default against Officer Defendants, and permit Officer

Defendants to file an Answer to the Third Amended Complaint.

## RELEVANT BACKGROUND INFORMATION

On July 1, 2015, the currently-operable complaint, the Third Amended Complaint, ECF No. 88, was filed.

On July 15, 2015, Officer Defendants filed a motion to dismiss a single claim from the Third Amended Complaint. ECF No. 89. That motion was opposed by Plaintiffs. ECF No. 95.

On September 16, 2015, the Court denied Officer Defendants' motion to dismiss. ECF No. 100.

On October 1, 2015, Plaintiffs sought entry of default against Officer Defendants for their non-compliance with Federal Rule of Civil Procedure 12(a)(4)(A). ECF No. 103.

On October 1, 2015, the Clerk of the Court entered Plaintiffs' requested default against Officer Defendants for their "fail[ure] to appear, plead or answer [Plaintiffs'] complaint within the time allowed by law…" ECF No. 104.

On October 6, 2015, Officer Defendants filed a motion to set aside the Clerk of the Court's entry of default. ECF No. 106. That motion was opposed by Plaintiffs. ECF No. 109. Officer Defendants filed a reply brief on November 9, 2015. ECF No. 115.

## STIPULATION

Plaintiffs and Officer Defendants hereby request and stipulate that:

1.   the Court set aside the entry of default, ECF No. 104, currently entered against Officer Defendants; and

2.   Officer Defendants file an Answer to the Third Amended Complaint on or before November 23, 2015.

Dated: November 12, 2015

Respectfully Submitted,

LAW OFFICE OF MARK E. MERIN

/s/ Mark E. Merin

By: _____
        Mark E. Merin

Attorney for Plaintiffs
SUKHWINDER KAUR, KULBINDER KAUR
SOHOTA, and SARABJIT SINGH SHERGILL

2

1

Dated:  November 12, 2015

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

MAYALL HURLEY, P.C.

/s/ Mark E. Berry
(as authorized on November 12, 2015)

By: _____

Mark E. Berry

Attorney for Defendants
MILES SCOTT BRATTON and
ADAM LOCKIE

3

1

## [PROPOSED] ORDER

2    Pursuant to the parties' stipulation, it is hereby ordered that:

3    1.    the current entry of default against Officer Defendants, ECF No. 104, be set aside; and

4    2.    Officer Defendants file an Answer to the Third Amended Complaint on or before

5    November 23, 2015.

6        IT IS SO ORDERED.

7    Dated:  November 12, 2015

8

9

10    _____
      GARLAND E. BURRELL, JR.

11    Senior United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4