**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
DERICK KONZ, ESQ
CA State Bar No. 286902

Attorneys for Defendants,
SCOTT BRATTON and ADAM LOCKIE.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHWINDER KAUR, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF LODI, et al.,<br><br>        Defendants. | Case No.: 2:14-CV-00828-TLN-AC<br><br>**DEFENDANTS SCOTT BRATTON AND ADAM LOCKIE'S APPLICATION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT THAT EXCEEDS TWENTY (20) PAGES and ORDER** |

    Having considered Defendants SCOTT BRATTON and ADAM LOCKIE's application for leave to file an initial brief in support of their motion for summary judgment that exceeds the twenty (20) page limitation (ECF No. 152), the application is hereby GRANTED, good cause appearing therefor.

    The page limitation for the initial brief in support of Defendants SCOTT BRATTON and ADAM LOCKIE's motion for summary judgment in the above-entitled action is hereby set at thirty-five (35) pages. A thirty-five (35) page limit shall also be imposed on Plaintiffs' opposition to the motion and a twenty (20) page limit imposed on defendants' reply brief in support of the motion.

    IT IS SO ORDERED.

Dated: January 13, 2016

                                    Troy L. Nunley
                                    United States District Judge