MARK E. MERIN (State Bar No. 043849)
   Email: mark@markmerin.com
PAUL H. MASUHARA (State Bar No. 289805)
   Email: paul@markmerin.com
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336

Attorneys for Plaintiffs SUKHWINDER KAUR, PARMINDER SINGH SHERGILL, KULBINDER KAUR SOHOTA and SARABJIT SINGH SHERGILL

BRUCE A. KILDAY (State Bar No. 066415)
   Email: bkilday@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Joint-Defendants CITY OF LODI; CITY OF LODI POLICE DEPARTMENT and CHIEF MARK HELMS

MARK E. BERRY (State Bar No. 155091)
   Email: MBerry@mayallaw.com
**MAYALL HURLEY, P.C,**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833

Attorneys for Joint-Defendants SCOTT BRATTON and ADAM LOCKIE.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHWINDER KAUR, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF LODI, et al.,<br><br>        Defendants. | Case No. Case No.: 2:14-CV-00828-TLN-AC<br><br>**STIPULATION FOR DISMISSAL AND NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS** |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

---

STIPULATION FOR DISMISSAL AND NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS
Page 1

Pursuant to Stipulation and Fed. Rules Civ. Proc. Rule 41(1)(A)(i), plaintiffs herein dismiss defendants CHIEF MARK HELMS, SCOTT BRATTON and ADAM LOCKIE only.

This Dismissal shall be with prejudice with each side to bear its own fees and costs.

DATED: April 24, 2018          **LAW OFFICE OF MARK E. MERIN**

By: /s/ MARK E. MERIN
    MARK E. MERIN
    Paul H. Masuhara
    Attorneys for Plaintiffs

DATED: April 24, 2018          **ANGELO, KILDAY & KILDUFF**

By: /s/ BRUCE A. KILDAY
    BRUCE A. KILDAY
    Attorneys for Defendants, CITY OF LODI; CITY OF LODI POLICE DEPARTMENT and CHIEF MARK HELMS

DATED: April 24, 2018          **MAYALL HURLEY, P.C.**

By: /s/ MARK E. BERRY
    MARK E. BERRY
    Attorneys for Defendants,
    SCOTT BRATTON and ADAM LOCKIE